UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISON

CASE NO.: 23-CR-80101-AMC

UNITED STATES OF AMERICA,
      Plaintiff,

v.

DONALD J. TRUMP, WAULTINE NAUTA,
and CARLOS DE OLIVEIRA
_____/

### NOTICE OF APPEAL

Notice is hereby given that the Knight First Amendment Institute at Columbia University, Prospective Intervenor in the above-captioned matter, appeals to the United States Court of Appeals for the Eleventh Circuit from this Court's Order Denying Non-Party Motions to Intervene, entered on December 22, 2025 (Docket Entry 760).

1

Date: December 23, 2025                           Respectfully submitted,

                                                                                     */s/ David Buckner*
                                                                                     David M. Buckner Esq.
                                                                                     Florida Bar No.: 60550
                                                                                     Buckner + Miles
                                                                                     2020 Salzedo Street
                                                                                     Suite 302
                                                                                    Coral Gables FL 33134
                                                                                   Phone: (305) 964-8003
                                                                                   david@bucknermiles.com

                                                                                    Scott Wilkens*
                                                                                    Jameel Jaffer*
                                                                                    Alexander Abdo*
                                                                                    Knight First Amendment Institute
                                                                                             at Columbia University
                                                                                    475 Riverside Drive, Suite 302–304
                                                                                    New York, NY 10115
                                                                                   scott.wilkens@knightcolumbia.org
                                                                                   (646) 745-8500

                                                                                   *admitted pro hac vice

                                                                                   *Counsel for Prospective Intervenor*

**CERTIFICATE OF SERVICE**

I, David Buckner, do hereby certify that I have filed the foregoing Notice of Appeal electronically with the Clerk of the Court using CM/ECF for the United States District Court for the Southern District of Florida on December 23, 2025.

                                              */s/ David Buckner*
                                              David M. Buckner Esq.