# Certificate of Interested Persons and Corporate Disclosure Statement

Pursuant to Eleventh Circuit Rule 26.1-1, counsel of record for American Oversight certifies that the following is a complete list of the trial judges, attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of the case or this appeal, including subsidiaries, conglomerates, affiliates and parent corporations, including any publicly held company that owns 10% or more of the party's stock, and other identifiable legal entities related to a party.

1. American Oversight
2. Blanche, Todd
3. Bove, Hon. Emil
4. Cannon, Hon. Aileen
5. Buckner, David M.
6. De Oliveira, Carlos
7. Diakun, Anna
8. Fein, Ronald
9. Haddix, Elizabeth
10. Irving, IV, John S.
11. Jaffer, Jameel
12. Klugh, Richard C.

13. Knight First Amendment Institute

14. Llanes, Barbara

15. Martinez, Daniel

16. Murrell, Jr., Larry Donald

17. Nauta, Waltine

18. Porter, Michael D.

19. Schachter, Adam

20. Stark, Loree

21. Trump, President Donald J.

22. United States Department of Justice

23. Wharton, Kendra

24. Wilkens, Scott

25. Wilson, Jenny

Dated: January 12, 2026

*/s/ Daniel Martinez*
Loree Stark
Daniel Martinez
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
Tel: (304) 913-6114
loree.stark@americanoversight.org
danny.martinez@americanoversight.org

*Attorneys for Interested Party-Appellant American Oversight*