No. 25-14507-AA

In the United States Court of Appeals
for the Eleventh Circuit

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

v.

KNIGHT FIRST AMENDMENT INSTITUTE AT COLUMBIA UNIVERSITY AND AMERICAN OVERSIGHT,

Interested Parties-Appellants,

DONALD J. TRUMP, WALTINE NAUTA,
and CARLOS DE OLIVEIRA

Defendants-Appellees.

On Appeal from the United States District Court for the
Southern District of Florida, No. 23 Cr. 80101 (Cannon, J.)

**DEFENDANTS-APPELLEES' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

*USA v. Knight First Amendment Institute at Columbia Unive, et al,*
*No. 25-14507-AA*

Pursuant to Eleventh Circuit Rule 26.1-1, the undersigned hereby certifies on behalf of Defendants-Appellees' President Donald J. Trump, Waltine Nauta, and Carlos De Oliveira that, in addition to the persons and entities identified in the Certificates of Interested Persons filed by Appellant Knight First Amendment Institute at Columbia University on January 9, 2025, and Appellant American Oversight on January 12, 2026, the following persons and entities have an interest in the outcome of this case or appeal:

1. Fein, Ronald A.
2. Llanes, Barbara R.
3. Siblesz, Alessandra M.

Dated: January 16, 2026              Respectfully submitted,

/s/ Kendra L. Wharton
Kendra L. Wharton
WHARTON LAW PLLC
500 S Australian Ave., Ste. 600-1139
West Palm Beach, FL 33401
(561) 247-5279
k.wharton@whartonlawpllc.com

*Counsel for Defendant-Appellee*
*President Donald J. Trump*

*USA v. Knight First Amendment Institute at Columbia Unive, et al,*
*No. 25-14507-AA*

/s/ John S. Irving, IV
John S. Irving, IV
SECIL LAW PLLC
1701 Pennsylvania Ave. NW,
Ste. 200
Washington, DC 20006
(301) 807-5670
jirving@secillaw.com

*Counsel for Defendant-Appellee*
*Carlos De Oliveira*

/s/ Richard C. Klugh
Richard C. Klugh
Jenny Wilson
LAW OFFICE OF RICHARD C. KLUGH
40 N.W. 3rd Street, PH1
Miami, FL 33128
(305) 536-1191 (telephone)
(305) 536-2170 (facsimile)
rklugh@klughwilson.com
jenny@klughwilson.com

*Counsel for Defendant-Appellee*
*Waltine Nauta*

## CERTIFICATE OF SERVICE

I, Kendra L. Wharton, hereby certify that, on January 16, 2026, the attached Certificate of Interested Persons was filed through the Court's electronic filing system, and that service will be accomplished to all parties by that system.

January 16, 2026

By: <u>/s/ Kendra L. Wharton</u><br>
Kendra L. Wharton