No. 25-14507

# In the United States of Appeals for the Eleventh Circuit

UNITED STATES OF AMERICA,

Plaintiff–Appellee,

v.

KNIGHT FIRST AMENDMENT INSTITUTE AT COLUMBIA UNIVERSITY;
AMERICAN OVERSIGHT,

Interested Parties–Appellants,

DONALD J. TRUMP, WALTINE NAUTA,
and CARLOS DE OLIVEIRA,

Defendants–Appellees.

On Appeal from the United States District Court for the Southern District of Florida —
No. 9:23-cr-80101-AMC (Judge Aileen M. Cannon)

## APPELLANT KNIGHT FIRST AMENDMENT INSTITUTE AT COLUMBIA UNIVERSITY'S CERTIFICATE OF INTERESTED PARTIES

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rule 26.1-1, Appellant Knight First Amendment Institute at Columbia University certifies that the following have an interest in the outcome of this appeal.

1. Abdo, Alex
2. American Oversight
3. Buckner & Miles, P.A.
4. Buckner, David
5. Cannon, Hon. Aileen
6. De Oliveira, Carlos
7. Delgado, Jorge
8. E & W Law
9. Fein, Ronald A.
10. Gelber Schachter & Greenberg, P.A.
11. Haddix, Elizabeth
12. Irving, John
13. Jaffer, Jameel
14. Kim, Noah
15. Klugh Jr., Richard
16. Knight First Amendment Institute at Columbia University
17. Llanes, Barbara R.
18. Murrell Jr., Larry
19. Nauta, Waltine
20. O'Byrne, Haden

21. Porter, Michael

22. Reboso, Manolo

23. Schachter, Adam

24.  Siblesz, Alessandra M.

25. Smachetti, Emily

26. Stark, Loree

27. Trump, Donald

28. Wharton, Kendra

29. Wilkens, Scott

The Knight First Amendment Institute at Columbia University further certifies that it has no parent corporation and that no publicly held corporation owns 10 percent or more of its stock.

Dated: January 21, 2026            Respectfully submitted,

*s/David Buckner*_____
David M. Buckner, Esq.
Florida Bar No.: 60550
david@bucknermiles.com
BUCKNER + MILES
2020 Salzedo Street, Suite 302
Coral Gables, Florida 33134
305-964-8003

Scott Wilkens
Alex Abdo
Jameel Jaffer
Knight First Amendment Institute at
Columbia University
475 Riverside Drive, Suite 302
New York, NY 10115
(646) 745-8500

*Counsel for Appellant Knight First Amendment Institute at Columbia Universit*

## CERTIFICATE OF SERVICE

      I hereby certify that on January 21, 2026, the attached Certificate of Interested Persons was filed with the Clerk of the Court for the United States Court of Appeals for the Eleventh Circuit by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

Dated: January 21, 2026                            *s/ David Buckner*\_\_\_\_\_
                                                                David M. Buckner, Esq.