IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

NO. **25-14507-AA**

United States of America,

Appellee,

- versus -

Knight First Amend Institute at Columbia Univ, et al.,

Appellant.

_____

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

_____

**UNITED STATES' NOTICE CONCERNING
CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

                              Jason A. Reding Quiñones
                              United States Attorney
                              Attorney for Appellee
                              99 N.E. 4th Street
                              Miami, Florida 33132
                              305-961-9295

Emily M. Smachetti
Acting Chief, Appellate Division

Of Counsel

**USA v. Knight First Amend Institute at Columbia Univ, et al.,
Case No. 25-14507-AA
United States' Notice Concerning Certificate of Interested
Persons and Corporate Disclosure Statement**

Pursuant to 11th Cir. R. 26.1-2(c), the United States hereby advises that the Certificate of Interested Persons and Corporate Disclosure Statement required by Rule 26.1-2(a) has not been filed by appellant and the following is a complete list of all persons and entities that the Appellee believes to have an interest in the outcome of the case, as required by 11th Cir. R. 26.1-1:

Abdo, Alexander

American Oversight

Blanche, Todd

Bove, Emil

Bratt, Jay I.

Buckner, David Marc

Cannon, Hon. Aileen

Cooney, J.P.

Dadan, Sasha

Davis, Michael S.

Delgado, Jorge Roberto

Edelstein, Julie A.

c-1 of 4

**USA v. Knight First Amend Institute at Columbia Univ, et al.,
Case No. 25-14507-AA
Certificate of Interested Persons (continued)**

Fein, Ronald

Fields, Lazaro

Gilbert, Karen E.

Goodman, Hon. Jonathan

Harbach, David

Irving, IV, John S.

Jaffer, Jameel

Knight First Amendment Institute at Columbia University

Kise, Christopher M.

Klugh, Jr., Richard Carroll

Lapointe, Markenzy

Llanes, Barbara R.

Martinez, Daniel Havlir

Maynard, Hon. Shaniek Mills

McNamara, Anne

Murrell, Jr., Larry Donald

Nauta, Waltine

**USA v. Knight First Amend Institute at Columbia Univ, et al.,
Case No. 25-14507-AA
Certificate of Interested Persons (continued)**

O'Byrne, Hayden P.

Pearce, James Inman

Pellettieri, John M.

Porter, Michael David

Reboso, Manolo

Reding Quiñones, Jason A.

Reinhart, Hon. Bruce E.

Reynolds, Brett

Schachter, Adam Michael

Shapiro, Elizabeth Jane

Siblesz, Alessandra

Singer, Gregory Michael

Smachetti, Emily M.

Smith, Jack

Stark, Loree

Thakur, Michael

Torres, Hon. Edwin G.

**USA v. Knight First Amend Institute at Columbia Univ, et al.,
Case No. 25-14507-AA
Certificate of Interested Persons (continued)**

Trump, Donald J.

VanDevender, Cecil Woods

Weiss, Stephen H.

Wharton, Kendra

Wilkens, Scott B.

Wilson, Jenny

Woodward, Stanley E.

Counsel certifies that no publicly traded company or corporation has an interest in the outcome of this case or appeal.

                                                      */s/ Emily M. Smachetti*
                                                      Emily M. Smachetti
                                                      Acting Chief, Appellate Division
                                                      99 N.E. 4th Street
                                                      Miami, Florida 33132
                                                      305-961-9295
                                                      Emily.Smachetti@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on January 22, 2026, the foregoing Certificate of Interested Persons was filed using CM/ECF and the Certificate of Interested Persons was served via CM/ECF on David Marc Buckner, Esq., counsel for Knight First Amend Institute at Columbia Univ, et al.

*/s/ Emily M. Smachetti*
Emily M. Smachetti
Acting Chief, Appellate Division

***ags***