UNITED STATES COURT OF APPEALS
ELEVENTH CIRCUIT

CASE NO. 25-14507-A

UNITED STATES OF AMERICA,

    Plaintiff-Appellee,

v.

KNIGHT FIRST AMENDMENT INSTITUTE AT
COLUMBIA UNIVERSITY and AMERICAN OVERSIGHT,

    Interested Parties-Appellants,

DONALD J. TRUMP, WALTINE NAUTA, and
CARLOS DE OLIVEIRA,

    Defendants-Appellees.

_____/

**CERTIFICATE OF INTERESTED PERSONS**

    Pursuant to Eleventh Circuit Rule 26.1-1, counsel for Appellee Waltine Nauta certifies that, in addition to the persons and entities identified in the Certificates of Interested Persons of Appellants Knight First Amendment Institute at Columbia University (January 9, 2025), and American Oversight (January 12, 2026), the following persons and entities have an interest in the outcome of this case or appeal:

    Fein, Ronald A.

    Llanes, Barbara R.

    Siblesz, Alessandra M.

Respectfully submitted,

_s/ Richard C. Klugh_____
Richard C. Klugh, Esq.
Counsel for Defendant-Appellee
40 N.W. 3rd Street, PH 1
Miami, Florida 33128
Tel.  (305) 536-1191