UNITED STATES COURT OF APPEALS
ELEVENTH CIRCUIT

CASE NO. 25-14507

UNITED STATES OF AMERICA,
    *Plaintiff-Appellee*

v.

KNIGHT FIRST AMENDMENT INSTITUTE AT COLUMBIA UNIVERSITY and AMERICAN OVERSIGHT

    *Interested Parties-Appellants,*

DONALD J. TRUMP, WALTINE NAUTA, and CARLOS DE OLIVEIRA,

    *Defendants-Appellees.*

_____/

**CERTIFICATE OF INTERESTED PERSONS**

    Pursuant to Eleventh Circuit Rule 26.1-1, counsel for Appellee Carlos De Oliveira certifies that, in addition to the persons and entities identified in the Certificates of Interested Persons of Appellants American Oversight (ECF 16), Knight First Amendment Institute at Columbia University (ECF 30), and Appellees United States of America (ECF 31), and Waltine Nauta (ECF 35), the following entity has an interest in the outcome of this case or appeal:

    SECIL Law PLLC

Dated: February 2, 2026

                                   Respectfully Submitted,

                                   /s/ John S. Irving_____
                                  John S. Irving
                                  SECIL Law PLLC
                                  1701 Pennsylvania Avenue, N.W.
                                  Suite 200
                                  Washington, D.C. 20006
                                  Telephone: (301) 807-5670
                                  Email: John.Irving@SECILLaw.com
                                  Counsel for Defendant-Appellee
                                  Carlos De Oliveira


## CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2026, the foregoing Certificate of Interested Persons was filed with the Clerk of the Court for the United States Court of Appeals for the Eleventh Circuit through the Court's CM/ECF system, and that service will be accomplished to all parties by that system.

                                   By: /s/ John S. Irving_____
                                             John S. Irving