# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 25-14507

_____

UNITED STATES OF AMERICA,

                                              *Plaintiff-Appellee,*

versus

KNIGHT FIRST AMENDMENT INSTITUTE AT
COLUMBIA UNIVERSITY,
AMERICAN OVERSIGHT,

                                              *Interested Parties-Appellants,*

DONALD J. TRUMP,
WALTINE NAUTA,
CARLOS DE OLIVEIRA,

                                              *Defendants-Appellees.*

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 9:23-cr-80101-AMC

_____

| 2 | Order of the Court | 25-14507 |

ORDER:

The motion to expedite this appeal for briefing and oral argument is GRANTED as follows.

The initial briefs are due by February 9, 2026.

The response briefs are due 30 days after the filing of the last initial brief.

The reply briefs, if any, are due within 14 days after the filing of the last response brief.

The Clerk's Office is DIRECTED to place this appeal on the next available calendar with a vacancy.

/s/ Jill Pryor
UNITED STATES CIRCUIT JUDGE