UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

February 10, 2026

Loree Stark
American Oversight
1030 15TH ST NW STE B2555
WASHINGTON, DC 20005

Appeal Number: 25-14507-AA
Case Style: USA v. Knight First Amendment Institute at Columbia Unive, et al
District Court Docket No: 9:23-cr-80101-AMC

## BRIEF DEFICIENCY NOTICE

Your brief is deficient for the reason(s) cited below and **must** be corrected within 14 days from the date of this notice.

DEFICIENCIES

A **Summary of Argument** is missing/misspelled or includes additional text, etc. A Summary of Argument is required. See FRAP 28(a)(7).

ACTION REQUIRED

Your brief has been conditionally filed. You must electronically file the entire corrected brief **within 14 days from the date of this notice.** No substantive changes may be made to the corrected brief. See 11th Cir. R. 32-3.

The corrected brief must be served on all parties to this appeal. **HOWEVER, DO NOT AMEND THE ORIGINAL CERTIFICATE OF SERVICE DATE.** The time for filing of the opposing party's brief runs from the date of service of the conditionally filed brief and is unaffected by the later substitution of a corrected brief. See 11th Cir. R. 32-3.

If appellant fails to timely file the required item(s), the appeal will be dismissed. See 11th Cir. R. 42-1(b), 42-3.

If appellee fails to timely file the required item(s), appellee will not be heard at oral argument unless otherwise ordered by the court. See FRAP 31(c), 11th Cir. R. 42-3(f).

<u>Clerk's Office Phone Numbers</u>

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

BR-9A QC Brief Def