No. 25-14507

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

United States of America,

*Plaintiff-Appellee*,

v.

Knight First Amendment Institute at Columbia University; American Oversight,

*Interested Parties-Appellants*,

Donald J. Trump; Waltine Nauta; Carlos De Oliveira,

*Defendants-Appellees*.

On appeal from the United States District Court for the Southern District of Florida
No. 9:23-cr-80101-AMC (Judge Aileen M. Cannon)

**UNOPPOSED MOTION OF *AMICI CURIAE* FIRST AMENDMENT SCHOLARS FOR LEAVE TO FILE BRIEF IN SUPPORT OF INTERESTED PARTIES-APPELLANTS OUT OF TIME**

John Langford
David A. Schulz
MEDIA FREEDOM & INFORMATION
  ACCESS CLINIC
ABRAMS INSTITUTE, YALE LAW SCHOOL
127 Wall Street
New Haven, CT 06511
(919) 619-9819
john.langford@ylsclinics.org
schulzd@ballardspahr.com

*Counsel for Amici Curiae First Amendment Scholars*

## CERTIFICATE OF INTERESTED PERSONS

As required by Eleventh Circuit Rules 26.1-1, 27-1, and 29-1, I certify that in addition to the individuals set forth in the appellants' brief, the following individuals have an interest in the outcome of this matter:

1. Yale Media Freedom & Information Access Clinic, Abrams Institute for Freedom of Expression (counsel for putative *amici curiae*);
2. Balkin, Jack;
3. Griffin, Kelsey;
4. Johnson, Ara;
5. Kitrosser, Heidi;
6. Koningisor, Christina;
7. Lakier, Genevieve;
8. Langford, John;
9. Magarian, Greg;
10. Neuborne, Burt;
11. Procaccini, Francesca;
12. Schulz, David;
13. Selbrede, Anna; and
14. West, Sonja R.

February 23, 2026                    /s/ *John Langford*
                                                  John Langford

## CORPORATE DISCLOSURE STATEMENT

*Amici Curiae* are individuals with no publicly traded parent, subsidiary, or affiliated corporations.

The Floyd Abrams Institute for Freedom of Expression is an unincorporated organization administered by the Information Society Project at Yale Law School. It has no publicly traded parent, subsidiary, or affiliated corporations.

| | |
|---|---|
| February 23, 2026 | /s/ *John Langford*<br>John Langford |

# UNOPPOSED MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF IN SUPPORT OF INTERVENORS-APPELLANTS OUT OF TIME

Pursuant to Federal Rules of Appellate Procedure 29, and Eleventh Circuit Rules 26-1, 27-1, and 29-1, proposed *amici curiae* First Amendment scholars move for leave to file the enclosed amicus brief in support of Intervenors-Appellants out of time. Pursuant to Eleventh Circuit Rule 26-1, counsel for putative *amici curiae* have conferred with counsel for all parties to this matter. Counsel for Intervenors-Appellants consent to this motion, while counsel for the United States, President Trump, Mr. Nauta, and Mr. De Oliveira do not oppose or object to this motion.

## BACKGROUND

Intervenors-Appellants docketed this appeal on December 29, 2025. On January 9, 2026, Intervenors-Appellants Knight First Amendment Institute filed a motion to expedite this appeal. On January 13, 2026, the Clerk of Court entered a briefing notice, providing that Intervenors-Appellants' opening briefs were due on February 23, 2026. On February 4, 2026, however, this Court granted the motion to expedite and directed the Intervenors-Appellants to file their opening briefs on February 9, 2026. That order provided that response briefs are due 30 days after the filing of the last initial brief and that reply briefs are due 14 days thereafter.

Under the original briefing notice, counsel for putative *amici curiae* planned to file a motion for leave to participate as *amici curiae*, along with a proposed brief on March 2, 2026. In light of the new briefing schedule, *amici curiae* move for leave

to file their brief today in support of Intervenors-Appellants on February 23, 2026, which provides both Plaintiff-Appellee and Defendants-Appellees 16 days in which to respond to any issues raised by *amici curiae*. No party opposes the relief requested in this motion, and Intervenors-Appellants consent.

## PUTATIVE *AMICI CURIAE*'S INTEREST

The proposed amicus brief is submitted on behalf of leading constitutional scholars who study and write on the First Amendment and common-law rights of access to judicial proceedings and records. Putative *amici curiae* have a longstanding interest in the development of this doctrine and protecting the vital public interests in ensuring robust access to judicial proceedings.

## RELEVANCE OF PROPOSED BRIEF

Pursuant to Federal Rule of Appellate Procedure 29(a)(3), a copy of *amici curiae*'s proposed brief is enclosed. The brief addresses a single, narrow issue at stake in this appeal: whether, under this Court's precedent, Volume II of the Special Counsel's report is a "judicial record" subject to the common-law right of access. Putative *amici curiae* have considered this issue at length, and counsel for *amici curiae* represented the appellee in one of the Circuit's primary precedents on the issue, *Commissioner, Alabama Department of Corrections v. Advance Local Media, LLC*, 918 F.3d 1161 (11th Cir. 2019). Through their proposed brief, *amici curiae* aim to assist the Court in deciding an important definitional issue, the resolution of which

will directly impact the scope of the public's common-law right of access to judicial proceedings throughout the Eleventh Circuit.

## CONCLUSION

For the reasons above, *amici curiae* First Amendment scholars request leave to file the enclosed amicus brief in support of Intervenors-Appellants out of time.

Dated: February 23, 2026         Respectfully submitted,

　　　　　　　　　　　　　　　　　　 /s/ *John Langford*
　　　　　　　　　　　　　　　　　John Langford[*]
　　　　　　　　　　　　　　　　　David A. Schulz
　　　　　　　　　　　　　　　　　MEDIA FREEDOM & INFORMATION
　　　　　　　　　　　　　　　　　　 ACCESS CLINIC
　　　　　　　　　　　　　　　　　ABRAMS INSTITUTE, YALE LAW SCHOOL[†]
　　　　　　　　　　　　　　　　　127 Wall Street
　　　　　　　　　　　　　　　　　New Haven, CT 06511
　　　　　　　　　　　　　　　　　(919) 619-9819
　　　　　　　　　　　　　　　　　john.langford@ylsclinics.org
　　　　　　　　　　　　　　　　　schulzd@ballardspahr.com

　　　　　　　　　　　　　　　　　*Counsel for Amici Curiae First Amendment Scholars*

---

[*] Yale Law Students Kelsey Griffin ('27), Ara Johnson ('26), and Anna Selbrede ('26) assisted with the preparation of this brief.

[†] The views expressed herein do not purport to represent the institutional views of Yale Law School, if any.

3

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because this motion contains 515 words, excluding the parts of the motion exempted by Rule 32(f), and 1,045 words total, including this certificate. Pursuant to Federal Rule of Appellate Procedure 27(d)(1)(E), this motion complies with the typeface requirements of Rule 32(a)(5) and the type-style requirements of Rule 32(a)(6) because this motion has been prepared in proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.

February 23, 2026                                        /s/ *John Langford*
                                                         John Langford

## CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2026, I electronically filed the foregoing brief with the Clerk of the Court for the U.S. Court of Appeals for the Eleventh Circuit by using the CM/ECF system. All participants are registered CM/ECF users and will be served by the appellate CM/ECF system.

February 23, 2026　　　　　　　　　　　　/s/ *John Langford*
　　　　　　　　　　　　　　　　　　　　John Langford