No. 25-14507-AA

In the
United States Court of Appeals
for the Eleventh Circuit

---

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

v.

KNIGHT FIRST AMENDMENT INSTITUTE AT
COLUMBIA UNIVERSITY AND AMERICAN
OVERSIGHT,

Interested Parties-Appellants,

DONALD J. TRUMP, WALTINE NAUTA,
and CARLOS DE OLIVEIRA

Defendants-Appellees.

---

On Appeal from the United States District Court for the
Southern District of Florida, No. 23 Cr. 80101 (Cannon, J.)

---

**DEFENDANTS-APPELLEES' MOTION FOR EXTENSION OF TIME
TO FILE RESPONSE BRIEFS**

---

Richard C. Klugh
Jenny Wilson
KLUGH WILSON, LLC
*Counsel for Defendant-Appellee
Waltine Nauta*

John S. Irving, IV
SECIL LAW PLLC
*Counsel for Defendant-Appellee
Carlos De Oliveira*

Kendra L. Wharton
WHARTON LAW PLLC
500 S Australian Ave., Ste. 600-1139
West Palm Beach, FL 33401
(561) 247-5279
k.wharton@whartonlawpllc.com
*Counsel for Defendant-Appellee
President Donald J. Trump*

*USA v. Knight First Amendment Institute at Columbia Unive, et al,*
*No. 25-14507-AA*

## CERTIFICATE OF INTERESTED PERSONS

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rules 26.1-1, 26.1-2, and 26.1-3, the undersigned counsel hereby certifies that the following persons and entities have an interest in the outcome of this case or appeal:

1. Abdo, Alexander
2. American Oversight
3. Balkin, Jack
4. Blanche, Todd
5. Bove, Emil
6. Bratt, Jay I.
7. Buckner & Miles, P.A.
8. Buckner, David Marc
9. Cannon, Hon. Aileen
10. Cooney, J.P.
11. Dadan, Sasha
12. Davis, Michael S.
13. De Oliveira, Carlos
14. Delgado, Jorge Roberto

*USA v. Knight First Amendment Institute at Columbia Unive, et al,*
*No. 25-14507-AA*

15. Doty, George E., III

16. E & W Law

17. Edelstein, Julie A.

18. Fein, Ronald A.

19. Fields, Lazaro

20. Gelber Schacter & Greenberg, P.A.

21. Gilbert, Karen E.

22. Goodman, Hon. Jonathan

23. Haddix, Elizabeth

24. Harbach, David

25. Irving, John S., IV

26. Jaffer, Jameel

27. Kim, Noah

28. Kise, Christopher M.

29. Kitrosser, Heidi

30. Klugh Wilson LLC

31. Klugh, Jr., Richard Carroll

32. Knight First Amendment Institute at Columbia University

33. Koningisor, Christina

*USA v. Knight First Amendment Institute at Columbia Unive, et al,*
*No. 25-14507-AA*

34. Lakier, Genevieve

35. Langford, John

36. Lapointe, Markenzy

37. Llanes, Barbara R.

38. Magarian, Greg

39. Martinez, Daniel Havlir

40. Maynard, Hon. Shaniek Mills

41. McNamara, Anne

42. Murrell, Jr., Larry Donald

43. Nauta, Waltine

44. Neuborne, Burt

45. O'Byrne, Hayden P.

46. Pearce, James Inman

47. Pellettieri, John M.

48. Porter, Michael David

49. Procaccini, Francesca

50. Reboso, Manolo

51. Reding Quiñones, Jason A.

52. Reinhart, Hon. Bruce E.

*USA v. Knight First Amendment Institute at Columbia Unive, et al,*
*No. 25-14507-AA*

53. Reynolds, Brett

54. Schachter, Adam Michael

55. SECIL Law PLLC

56. Shapiro, Elizabeth Jane

57. Siblesz, Alessandra M.

58. Singer, Gregory Michael

59. Smachetti, Emily M.

60. Smith, Jack

61. Stark, Loree

62. Thakur, Michael

63. Torres, Hon. Edwin G.

64. Trump, President Donald J.

65. VanDevender, Cecil Woods

66. Weiss, Stephen H.

67. West, Sonja R.

68. Wharton Law PLLC

69. Wharton, Kendra

70. Wilkens, Scott B.

71. Wilson, Jenny

*USA v. Knight First Amendment Institute at Columbia Unive, et al,*
*No. 25-14507-AA*

    72.    Woodward, Stanley E.

    73.    Yale Media Freedom & Information Access Clinic

The undersigned further certifies that no publicly traded company or corporation has an interest in the outcome of this proceeding.

Dated: February 25, 2026        Respectfully submitted,

<u>/s/ Kendra L. Wharton</u>
Kendra L. Wharton
WHARTON LAW PLLC
500 S Australian Ave., Ste. 600-1139
West Palm Beach, FL 33401
(561) 247-5279
k.wharton@whartonlawpllc.com

*Counsel for Defendant-Appellee*
*President Donald J. Trump*

## DEFENDANTS-APPELLEES' MOTION FOR
## EXTENSION OF TIME TO FILE RESPONSE BRIEFS

Pursuant to Federal Rules of Appellate Procedure 26(b) and 27 and Eleventh Circuit Rules 26-1, 27-1, and 31-2(a), Defendants-Appellees President Donald J. Trump, Waltine Nauta, and Carlos De Oliveira respectfully move this Court for a thirty (30) day extension of time to file their response briefs, including and through April 10, 2026. Good cause exists for the requested extension, as the parties and undersigned counsel have recently been engaged in active proceedings before this Court and the District Court, and the requested extension would promote fairness and judicial efficiency by ensuring that the appellate process considers all relevant developments. The requested extension is also reasonable and will not impair Appellants' rights or the progress of this appeal.[1]

### I.     FACTUAL AND PROCEDURAL BACKGROUND

This appeal arises from Appellants Knight First Amendment Institute at Columbia University's ("Knight Institute") and American Oversight's motions to intervene in the now-closed criminal case against President Trump,

---

[1] Pursuant to Eleventh Circuit Rule 26-1 and 31-2(a), the undersigned have conferred with counsel for Appellants, who indicated that they oppose the requested extension and will promptly file objections. Counsel for the United States indicated that they have no objection. The undersigned also confirm pursuant to Eleventh Circuit Rule 26-1 that Defendants-Appellees are not incarcerated.

6

Waltine Nauta, and Carlos De Oliveira in the Southern District of Florida. *See* D. Ct. Docs. 717 (American Oversight Motion to Intervene) & 721 (Knight Institute Motion to Intervene).[2] The District Court denied Appellants' motions to intervene on December 22, 2025, *see* D. Ct. Doc. 760 (Order Denying Non-Party Motions to Intervene), which they appeal in this matter. *See* DEs 1 & 2.

The current briefing schedule in this appeal is set by the Court's February 4, 2026 Order granting Appellants' motion for expedited appeal. DE 37. The Order directs that Appellants' initial briefs were due February 9, 2026, and Appellees' response briefs are due 30 days after filing of the last initial brief. *Id.* at 2. Appellants Knight Institute and American Oversight filed their initial briefs on the due date, February 9, 2026, rendering Appellees' response briefs due March 11, 2026.[3] Reply briefs are due 14 days after filing of the last response brief, DE 37 at 2, and oral argument has been scheduled for the week

---

[2] "D. Ct. Doc." citations refer to the District Court's docket in the underlying criminal case, *United States v. Trump*, No. 23 Cr. 80101 (S.D. Fla.). "DE" citations refer to the docket in this appeal, *United States v. Knight First Amendment Instit. at Columbia Univ., et al*, No. 25-14507 (11th Cir.).

[3] The Court issued a Briefing Deficiency Notice directed to Appellant American Oversight on February 10, 2026. DE 40. The Notice states that "[t]he time for filing of the opposing party's brief runs from the date of service of the conditionally filed brief and is unaffected by the later substitution of a corrected brief." *Id.* at 1 (citing 11th Cir. R. 32-3). American Oversight filed a corrected brief on February 11, 2026. DE 41.

7

of June 22, 2026. DE 48.

Within minutes of filing Knight Institute's initial brief on February 9, 2026, Appellants filed a Joint Expedited Motion to Intervene for the Purpose of Seeking a Stay of Proceedings in the District Court. *See* D. Ct. Doc. 775. Appellants sought a stay of all District Court proceedings pending this Court's resolution of their intervention appeals. *Id*. at 10. Appellants also filed a Petition for Writ of Mandamus with this Court on February 13, 2026, seeking the same stay of all District Court proceedings. *See* Petition for Writ of Mandamus, *In re: Knight First Amendment Institute at Columbia University, et al.*, No. 26-10503 (Feb. 13, 2026). On February 18, 2026, Appellants moved for expedited consideration of their mandamus petition. *See* Expedited Motion to Expedite Consideration of Petition for Writ of Mandamus, *In re: Knight First Amendment Institute at Columbia University, et al.*, No. 26-10503 (Feb. 18, 2026). Defendants-Appellees opposed each of these requests.

On February 23, 2026, the District Court denied Appellants' Joint Motion to Intervene for the Purpose of Seeking Stay. *See* D. Ct. Doc. 780. By separate order, the District Court ruled on pending motions filed by President Trump and Messrs. Nauta and De Oliveira in January 2026. *See* D. Ct. Doc.

779.[4]  On the same day, Defendants-Appellees filed a Notice of Intervening District Court Order in the mandamus proceeding to apprise this Court of the District Court's rulings. *See* Respondents' Notice of Intervening District Court Order, *In re: Knight First Amendment Institute at Columbia University, et al.*, No. 26-10503 (Feb. 23, 2026).

As demonstrated by this procedural history, undersigned counsel have been actively engaged in litigation since Appellants filed their initial briefs on February 9, 2026.  Undersigned counsel have prepared and filed multiple submissions in the District Court and in the mandamus proceedings before this Court—all while simultaneously preparing response briefs in this appeal. *See, e.g.*, D. Ct. Doc. 778 (Notice of Petition for Writ of Mandamus); Respondents' Response in Opposition to Petitioners' Motion to Expedite Consideration of Petition for Writ of Mandamus, *In re: Knight First Amendment Institute at Columbia University, et al.*, No. 26-10503 (Feb. 20, 2026); Respondents' Notice of Intervening District Court Order, *In re: Knight First Amendment Institute at Columbia University, et al.*, No. 26-10503 (Feb. 23, 2026).  These concurrent

---

[4] Defendants-Appellees filed the referenced motions, D. Ct. Docs. 772 & 774, in response to a separate order of the District Court on December 22, 2025, which is not the subject of this appeal, directing that "[t]he restriction on release of Volume II [of Jack Smith's Final Report] . . . as set forth in the Court's January 21, 2025, Order [D. Ct. Doc. 714] will hereby automatically expire, without further order of this Court, on **February 24, 2026**." D. Ct. Doc 761 (emphasis in original).

9

proceedings have required substantial time and coordination, and the associated briefing and strategic obligations have been resource intensive, warranting a modest extension to ensure the parties can provide the Court with thorough and carefully considered briefs.

## II. LEGAL STANDARD & ARGUMENT

This Court is authorized to extend the time prescribed by the Federal Rules of Appellate Procedure for good cause. *See* Fed. R. App. Proc. R. 26(b); *see also* 11th Cir. R. 31-2. Where the briefing schedule has been established by Court order, a first request for an extension may be made by written motion and acted upon by the Court. 11th Cir. R. 31-2(a).

Good cause exists here because a 30-day extension will allow the parties to thoughtfully consider and address the impact of the District Court's recent rulings, the pending mandamus proceedings before this Court (which Defendants-Appellees believe have been mooted by the District Court's orders), and any other related proceedings (including appeals) that may arise within the next 30 days. The extension will also conserve judicial resources by ensuring the Court receives briefing that accounts for all relevant developments, including any further intervening proceedings, while reducing the likelihood of duplicative or supplemental briefing as oral argument approaches.

The requested extension is also reasonable and will not prejudice

Appellants. Defendants-Appellees only seek to adjust the briefing schedule by 30 days to account for the timing of recent activity in the District Court and related proceedings. The briefing in this appeal is not time-sensitive in a way that would be materially affected by a 30-day extension, and the extension will not impair Appellants' asserted interests in "*prompt* adjudication." DE 10 at 5 (emphasis in original). Under the requested schedule, response briefs would be due April 10, 2026, and reply briefs would be due 14 days thereafter. Briefing would therefore conclude no later than April 24, 2026—at least 60 days before oral argument, which is scheduled for the week of June 22, 2026.

Further, to the extent that the recent proceedings have any bearing on this request, it weights in favor of the requested 30-day extension. The District Court's rulings on February 23, 2026, provided significant clarity, such that it is now definite that Appellants' purported access rights will not be materially harmed by an extension of briefing. *See* D. Ct. Doc. 779 at 14-15 & n.6 (maintaining existing protections on release and denying "[a]ny additional relief").

## III. CONCLUSION

For the foregoing reasons, Defendants-Appellees hereby respectfully request that this Court grant a thirty (30) day extension of the time for filing response briefs, through and including April 10, 2026.

Dated:     February 25, 2026

                      By: /s/ Kendra L. Wharton
Kendra Wharton
Fla. Bar No. 1048540
WHARTON LAW PLLC
500 S Australian Ave., Ste. 600-1139
West Palm Beach, FL 33401
(561) 247-5279
k.wharton@whartonlawpllc.com
*Counsel for Defendant-Appellee President Donald J. Trump*

/s/ John S. Irving, IV
John S. Irving, IV
SECIL LAW PLLC
1701 Pennsylvania Ave. NW, Ste. 200
Washington, DC 20006
(301) 807-5670
jirving@secillaw.com
*Counsel for Defendant-Appellee Carlos De Oliveira*

/s/ Richard C. Klugh
Richard C. Klugh
Jenny Wilson
KLUGH WILSON PLLC
40 N.W. 3rd Street, PH1
Miami, FL 33128
(305) 536-1191 (telephone)
(305) 536-2170 (facsimile)
rklugh@klughwilson.com
jenny@klughwilson.com
*Counsel for Defendant-Appellee Waltine Nauta*

12

**CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMIT, TYPEFACE REQUIREMENTS, AND TYPESTYLE REQUIREMENTS**

I, Kendra L. Wharton, counsel for Defendant-Appellee President Donald J. Trump and a member of the Bar of this Court, certify, pursuant to Federal Rules of Appellate Procedure 27(d), 32(a), and 32(g), that the foregoing motion is proportionately spaced, has a typeface of 14 points, and contains 1,404 words, excluding the parts of the document exempted by Federal Rule of Appellate Procedure 32(f).

February 25, 2026

By: /s/ Kendra L. Wharton
Kendra L. Wharton

## CERTIFICATE OF SERVICE

I, Kendra L. Wharton, counsel for Defendant-Appellee President Donald J. Trump and a member of the Bar of this Court, certify that, on February 25, 2026, the attached motion was filed through the Court's electronic filing system. I certify that all participants in the case are registered users with the electronic filing system and that service will be accomplished by that system.

February 25, 2026

                                              By:   <u>/s/ Kendra L. Wharton</u>
                                                          Kendra L. Wharton