No. 25-14507

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

United States of America, *Plaintiff-Appellee*,

v.

Knight First Amendment Institute at Columbia University, American Oversight,

*Interested Parties-Appellants*

Donald J. Trump; Waltine Nauta; Carlos de Oliveira,

*Defendants-Appellees.*

On Appeal from the United States District Court
for the Southern District of Florida, No. 9:23-cr-80101-AMC

**APPELLANTS' JOINT RESPONSE TO APPELLEES' MOTION FOR EXTENSION OF TIME TO FILE RESPONSE BRIEFS**

Loree Stark
Daniel Martinez
Ronald Fein
American Oversight
1030 15th Street NW, B255
Washington, DC 20005
(304)-913-6114
loree.stark@americanoversight.org

Scott Wilkens
Alex Abdo
Jameel Jaffer
Knight First Amendment Institute at
   Columbia University
475 Riverside Drive, Suite 302
New York, NY 10115
(646) 745-8500
scott.wilkens@knightcolumbia.org

Barbara R. Llanes
Gelber Schachter & Greenberg, P.A.
One Southeast Third Ave., Suite 2600
Miami, FL 33131
Tel: (305) 728-0950

David Buckner
Buckner + Miles
2020 Salzedo Street, Suite 302
Coral Gables, FL 33134
(305) 964-8003

*Counsel for Appellant American Oversight*

*Counsel for Appellant Knight First Amendment Institute at Columbia University*

Pursuant to Eleventh Circuit Rule 26-1, Appellants Knight First Amendment Institute at Columbia University and American Oversight respectfully submit this filing in response to Appellees' motion for extension of time to file response briefs, ECF No. 51.[1] Appellants have prepared a Joint Motion to Consolidate Appeals and Modify Briefing Schedule that they intend to file as soon as their newly filed appeals, Dkts. 783, 784, are docketed.[2]

Appellants' motion seeks consolidation of the appeals, which arise from the same underlying proceeding, involve identical parties and prospective intervenors, and present overlapping legal questions and factual issues. The motion then proposes a modified briefing schedule to effectuate consolidation,[3] as follows:

> March 18, 2026: Supplemental opening briefs not to exceed 3,000 words each
>
> April 1, 2026: Response briefs—each addressing the original and supplemental opening briefs—not to exceed 16,000 words each
>
> April 15, 2026: Reply briefs—each addressing all response briefs filed by Appellants—not to exceed 10,000 words each

---

[1] "ECF" citations refer to the docket in this appellate proceeding. "Dkt." citations refer to the District Court's docket in the underlying case, *United States v. Trump*, No. 23-cr.-80101 (S.D. Fla.).

[2] Both this appeal and the newly filed appeals arise from the same underlying case. Appellants are unable to file the motion to consolidate via the Court's CM/ECF system until the new appeal is docketed.

[3] Appellants provided the proposed modified briefing schedule to Appellees in seeking their consent to the soon-to-be-filed Motion to Consolidate. Appellees Donald Trump and Carlos De Oliveira represented that they oppose consolidation of the appeals and the proposed briefing schedule. Appellee Walt Nauta has not responded to Appellants' request for consent to the motion.

This schedule would provide Appellees an additional 21 days—until April 1—to respond to Appellants' opening briefs, filed February 9, 2026, and proposed supplemental opening briefs. Appellants object to any extension beyond the deadlines in Appellants' proposed modified briefing schedule.

| | |
|---|---|
| March 3, 2026 | Respectfully submitted, |

/s/ Scott Wilkens
Scott Wilkens
Jameel Jaffer
Alex Abdo
 Knight First Amendment Institute at Columbia University
475 Riverside Drive, Suite 302
New York, NY 10115
Tel: (646) 745-8500
scott.wilkens@knightcolumbia.org

David Buckner
Buckner + Miles
2020 Salzedo Street
Suite 302
Coral Gables, FL 33134
Tel: (305) 964-8003

*Counsel for Appellant Knight First Amendment Institute at Columbia University*

/s/ Loree Stark
Loree Stark
Daniel Martinez
Ronald Fein
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
Tel: (304) 913-6114
loree.stark@americanoversight.org

Barbara R. Lllanes
Gelber Schachter & Greenberg, P.A.
One Southeast Third Avenue, Ste. 2600
Miami, FL 33131
Tel: (305) 728-0950
bllanes@gsgpa.com

*Counsel for Appellant American Oversight*

## Certificate of Compliance

I certify that this response complies with the word limitation requirements of Fed. R. App. P. 27(d)(2)(A) because this response contains 316 words, excluding the parts of the document exempted by Fed R. App. P. 32(f), and it complies with the typeface requirements of Fed. R. App. P. 32(a)(5) because it has been prepared in a proportionally spaced typeface using Microsoft Word in Times New Roman 14-point font.

Dated: March 3, 2026                              */s/ Loree Stark*
                                                                   Loree Stark