IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff-Appellee,<br><br>    v.<br><br>KNIGHT FIRST AMENDMENT INSTITUTE, et al.,<br><br>    Interested Parties-Appellants,<br><br>DONALD J. TRUMP, et al.,<br><br>    Defendants-Appellees. | Nos. 25-14507, 26-10674 |

**MOTION TO WITHDRAW APPEARANCE**

The undersigned counsel, Ronald A. Fein, respectfully moves to withdraw his appearance for Interested Party-Appellant American Oversight, which will continue to be represented by all other counsel who have entered appearances on its behalf. Opposing counsel have been consulted and none have objected.

Dated: April 9, 2026

Respectfully submitted,

/s/ Ronald A. Fein
Ronald A. Fein
D.C. Bar No. 90026641
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 869-5241
ron.fein@americanoversight.org

## CERTIFICATE OF COMPLIANCE

This reply complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A), because, excluding the parts of the document exempted by Federal Rule of Appellate Procedure 32(f), it contains 192 words. This brief also complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 32(a)(5)-(6) because it was prepared using Microsoft Word in 14-point Times New Roman font, a proportionally spaced typeface.

Dated: April 9, 2026                              */s/ Ronald A. Fein*
                                                 Ronald A. Fein