# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 25-14507
_____

UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

*versus*

KNIGHT FIRST AMENDMENT INSTITUTE AT
COLUMBIA UNIVERSITY,
AMERICAN OVERSIGHT,

*Interested Parties-Appellants,*

DONALD J. TRUMP,
WALTINE NAUTA,
CARLOS DE OLIVEIRA,

*Defendants-Appellees.*

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 9:23-cr-80101-AMC
_____

2                          Order of the Court                          25-14507

———————————————

No. 26-10674

———————————————

KNIGHT FIRST AMENDMENT INSTITUTE AT COLUMBIA
UNIVERSITY,
AMERICAN OVERSIGHT,

*Interested Parties-Appellants,*

*versus*

UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

DONALD J. TRUMP,

*Defendant-Appellee.*

———————————————

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 9:23-cr-80101-AMC-1

———————————————

ORDER:

Appellants' "Joint Motion to Consolidate Appeals and Modify Briefing Schedule" is GRANTED as follows.

Appeal nos. 25-14507 and 26-10674 are CONSOLIDATED for briefings and merits disposition purposes.

Appellants' supplemental initial briefs are due within 14 days after the date of this order. The supplemental briefs are limited to addressing appeal no. 26-10674 and are not to exceed 3,000 words.

25-14507                    Order of the Court                    3

Appellees' consolidated response briefs are due within 30 days of the filing of Appellants' supplemental briefs. The consolidated response briefs are not to exceed 16,000 words each.

Appellants' consolidated reply briefs, if any, are due within 14 days of the filing of the consolidated response briefs. The consolidated reply briefs are not to exceed 10,000 words each.

Appellees' motion for an extension and Appellants' motion to expedite consideration of their motion to consolidate are DENIED AS MOOT.


/s/ Nancy G. Abudu
UNITED STATES CIRCUIT JUDGE