**United States Court of Appeals**
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia  30303

David J. Smith                                                    In Replying Give Number
Clerk                                                            Of Case and Names of Parties

June 5, 2026

**NOTICE TO COUNSEL OR PARTIES IN CASES LISTED BELOW:**

The following cases are scheduled for oral argument during the week of **SEPTEMBER 28, 2026, IN MIAMI, FLORIDA.  COURT WILL BE HELD TUESDAY-FRIDAY OF THIS WEEK. COUNSEL WILL RECEIVE A FINAL CALENDAR APPROXIMATELY 6-8 WEEKS IN ADVANCE OF THE SESSION ASSIGNING A SPECIFIC DATE OF ORAL ARGUMENT.  IF THERE ARE ANY PENDING RELATED APPEALS, COUNSEL SHOULD NOTIFY THE CLERK AS SOON AS POSSIBLE.**  *Please note that after an appeal is assigned to a specific day for oral argument, any change in or addition to counsel in the appeal requires leave of court.  See 11th Cir.R.34-4(e).  An amicus curiae may participate in oral argument only with the Court's permission. See FRAP 29(a)(8).*

If counsel has any insoluble scheduling conflicts which would interfere with argument during that week, please telephone this office **AS SOON AS POSSIBLE** at 404-335-6166 or email Jenifer_Tubbs@ca11.uscourts.gov

**JENIFER TUBBS**
Court Sessions Supervisor

---------------------------------------------------------------------------------------------------------------------------

***PLEASE TELEPHONE THIS OFFICE IMMEDIATELY WITH ANY SCHEDULING REQUESTS. PLEASE REFER TO CALENDAR #24.***

| | |
|---|---|
| 26-10936 | American Securities Association, et al. v. United States Securities and Exchange |
| 25-14507 & 26-10674 | United States v. Knight First Amendment Institute at Columbia University, et al. (REVISED ARGUMENT DATE) |
| 24-11349 | United States v. Abel Rizo (REVISED ARGUMENT DATE) |
| 25-10870 | MedEnvios Healthcare, Inc. v. Secretary, U.S. Department of Health and Human Services (REVISED ARGUMENT DATE) |
| 24-11902 | United States v. Rodney Taylor (REVISED ARGUMENT DATE) |
| 23-13425 | United States v. Silverio Henriquez, et al. (REVISED ARGUMENT DATE) |
| 24-13040 | United States v. Erinson Felix (Consolidated with 24-13136, United States v. Omar Balbuena and 24-13233, United States v. Oscar Vazquez-Gonzalez) |
| 25-11236 | Rafael Pons-Puig v. Director, Texas Service Center |
| 24-11540 | United States v. Geno St. Flerose |
| 25-11458 | Scott Johnstone v. Discover Bank |
| 24-10692 | United States v. Willie Boone |
| 25-11265 | Solomon Btesh v. Isaac Btesh |
| 25-12365 | Meudy Osio, et al. v. Petroleos de Venezuela, S.A. (PDVSA) |
| 23-14037 | Heninston Francis v. M. McBride, et al. |
| 25-11504 | Oasis Capital, LLC v. Nason, Yeager, Gerson, Harris & Fumero, P.A. et al. |
| 24-12318 | Yoan Aguiar-Fernandez, et al. v. U.S. Attorney General |