Nos. 25-14507, 26-10674

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

UNITED STATES OF AMERICA, *Plaintiff-Appellee*,

v.

KNIGHT FIRST AMENDMENT INSTITUTE AT
COLUMBIA UNIVERSITY AND AMERICAN OVERSIGHT,
*Interested Parties-Appellants*,
DONALD J. TRUMP, WALTINE NAUTA, and CARLOS DE OLIVEIRA
*Defendants-Appellees*.

On Appeal from the United States District Court for the Southern District
of Florida, No. 9:23-cr-80101 (Cannon, J.)

## UNOPPOSED MOTION OF PROSPECTIVE AMICI
## U.S. SENATORS ADAM SCHIFF AND RICHARD BLUMENTHAL FOR
## CLARIFICATION ON LENGTH OF BRIEFS OF AMICI CURIAE

Norman L. Eisen
Stephen A. Jonas*
David W. Ogden*
Joshua G. Kolb*
DEMOCRACY DEFENDERS ACTION
600 Pennsylvania Ave. SE #15180
Washington, D.C. 20003
(202) 594-9958
norman@democracydefenders.org

Matthew J. Platkin*
Angela Cai
Platkin LLP
413 Washington Ave #174
Belleville, NJ 07109
973-561-1952
acai@platkinllp.com

*Counsel for prospective amici*

*Application for admission *pro hac vice* forthcoming.

## CERTIFICATE OF INTERESTED PERSONS
## AND CORPORATE DISCLOSURE STATEMENT

*Amici curiae* certify that they are individuals with no publicly traded parent, subsidiary, or affiliated corporations.

As required by Eleventh Circuit Rules 26.1-1, 27-1, and 29-1, *amici curiae* also certify that in addition to persons already listed in the certificates of interested persons filed by appellants and by prior *amici,* the following individuals associated with the foregoing motion have an interest in the outcome of this matter:

Prospective *amici curiae*

1. Senator Adam Schiff

2. Senator Richard Blumenthal

Counsel for prospective *amici curiae*

3. Platkin LLP

4. Matthew J. Platkin

5. Angela Cai

6. Democracy Defenders Action

7. Norman L. Eisen

8. Stephen A. Jonas

9. David W. Ogden

10. Joshua G. Kolb

1

## UNOPPOSED MOTION FOR CLARIFICATION ON
## LENGTH OF BRIEFS OF *AMICI CURIAE*

Pursuant to Fed. R. App. P. 29 and Eleventh Circuit Rule 29-1, prospective amici move for a court order clarifying the length of amicus briefs. Counsel for prospective *amici curiae* have conferred with counsel for all parties to this matter. Counsel for Appellants consent to this motion, while counsel for the United States, President Trump, Mr. Nauta, and Mr. De Oliveira do not oppose or object to this motion.

## BACKGROUND

In Appeal No. 25-14507, Appellants filed notices of appeal on December 23 and 29, 2025 from the District Court's denial of their motion to intervene, S.D. Fla. Dkt. 760. *See* S.D. Fla. No. 9:23-cr-80101 Dkts. 762, 763; CA11 No. 25-14507 Dkt. 1, 2. On February 4, 2026, this Court granted a motion to expedite and set a briefing schedule. No. 25-14507 Dkt. 37. Appellants filed their opening briefs on February 9, 2026. *See* No. 25-14507 Dkts. 38, 39, 41.

The District Court subsequently issued an order on February 23, 2026 prohibiting the release of Volume II of the Report of Special Counsel Jack Smith, S.D. Fla. Dkt. 779, and an order on the same day denying Appellants' joint motion to intervene to seek a stay, S.D. Fla. Dkt. 780. In Appeal No. 26-10674, Appellants filed notices of appeal from the latter order on March 2, 2026, S.D. Fla. Dkt. 783, and filed a motion to consolidate that appeal with No. 25-14507 two days later. *See*

2

No. 26-10674 Dkts. 1, 2, 4. This Court originally issued a briefing notice on March 24, 2026 but rescinded it the same day. *See* No. 26-10674, Dkts. 26, 27. Appellants then filed another motion to expedite on May 5, 2026. *See* No. 26-10674 Dkt. 34.

On May 28, 2026, this Court granted Appellants' motion to consolidate the two foregoing appeals, issued a briefing schedule, and denied the May 5 motion to expedite as moot. In that order, the Court stated:

> Appellants' supplemental initial briefs are due within 14 days after the date of this order. The supplemental briefs are limited to addressing appeal no. 26-10674 and are not to exceed 3,000 words. Appellees' consolidated response briefs are due within 30 days of the filing of Appellants' supplemental briefs. The consolidated response briefs are not to exceed 16,000 words each. Appellants' consolidated reply briefs, if any, are due within 14 days of the filing of the consolidated response briefs. The consolidated reply briefs are not to exceed 10,000 words each.

*See* No. 26-10674 Dkt. 38. Appellants filed their supplemental briefs on June 11, 2026. *See* No. 26-10674 Dkts. 40, 41.

## ARGUMENT

Prospective *amici* are current members of the United States Senate. Prospective *amici* are considering filing an amicus brief in support of appellants, which would provide the Court with insights from the Legislative Branch's perspective relating to the issues in Appeal No. 26-10674, which pertains to the District Court's order prohibiting the release of Volume II of the Report of Special Counsel Jack Smith, S.D. Fla. Dkt. No. 779.

That appeal was first docketed on March 3, 2026, and an operative briefing schedule was issued on May 28, 2026, when the Court granted a motion to consolidate that appeal with Appeal No. 25-14507 and to modify the briefing schedule in the consolidated matters. *See* No. 26-10674, Dkt. 38. That briefing scheduling order permitted Appellants to file a supplemental brief of 3,000 words no later than June 11, 2026, for Appellees to file a 16,000 word response, and for Appellants to file a 10,000 word reply.

Federal Rule of Appellate Procedure 29(a)(5) provides that amicus briefs submitted during initial consideration of a case on the merits "may be no more than one-half the maximum length authorized by these rules for a party's principal brief," unless otherwise permitted by the Court. In these consolidated matters, it is not clear whether prospective *amici* are governed by the benchmark of one-half the standard

4

13,000 word limit for a merits brief, or one-half the 3,000 word supplemental Appellants' briefs ordered by this Court on May 28.

Prospective *amici* respectfully propose that the Court set a word limit for any brief that *amici* file to be 6,500 words, one-half of the standard word limit for appellants' merits briefs. First, given the sui generis nature in which these appeals were sequenced and consolidated, a 6,500 word limit for prospective amici to brief issues raised in Appeal No. 26-10674 is reasonable. That is especially so because any amicus brief in support of appellees would similarly be subject to a 6,500 word limit. Second, a 6,500 word amicus brief would allow prospective *amici* to adequately provide context and argumentation that would assist this Court's evaluation of the case. Conversely, limiting an amicus brief to 1,500 words would severely undermine the usefulness of such a filing.

Finally, prospective *amici* note that because this procedural motion only seeks to clarify the word limit for a future prospective amicus brief, the precise identity of prospective *amici* and the proposed brief that they wish to file, if any, is not currently finalized. Thus, prospective *amici* only list two representatives in this Motion (and have filed the necessary Certificate of Interested Persons accordingly). If prospective *amici* move forward with the proposed amicus brief, they will abide by Fed. R. App. P. 29 and 11th Cir. R. 29-1 and provide any supplemental disclosures required by 11th Cir. R. 26.1-1, -2, and -3.

## CONCLUSION

For the foregoing reasons, prospective *amici* respectfully request that the Court order that any prospective amicus brief they file be limited to 6,500 words.

June 12, 2026

Respectfully submitted,

/s/ Norman L. Eisen
Norman L. Eisen
Stephen A. Jonas*
David W. Ogden*
Joshua G. Kolb*
DEMOCRACY DEFENDERS ACTION
600 Pennsylvania Ave. SE #15180
Washington, D.C. 20003
(202) 594-9958
norman@democracydefenders.org

/s/ Angela Cai
Matthew J. Platkin*
Angela Cai
PLATKIN LLP
413 Washington Ave #174
Belleville, NJ 07109
973-561-1952
acai@platkinllp.com

*Counsel for prospective amici*

*Application for admission pro hac vice forthcoming.*

6

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A), because, excluding the parts of the document exempted by Federal Rule of Appellate Procedure 32(f), it contains 927 words. This brief also complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 32(a)(5)-(6) because it was prepared using Microsoft Word in 14-point Times New Roman font, a proportionally spaced typeface.

Dated: June 12, 2026

/s/ Angela Cai

**CERTIFICATE OF SERVICE**

I hereby certify that on June 12, 2026, I electronically filed the foregoing motion with the Clerk of the Court for the United States Court of Appeals for the Eleventh Circuit by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

Dated: June 12, 2026

/s/ Angela Cai