Nos. 25-14507, 26-10674

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

UNITED STATES OF AMERICA, *Plaintiff-Appellee*,

v.

KNIGHT FIRST AMENDMENT INSTITUTE AT
COLUMBIA UNIVERSITY and AMERICAN OVERSIGHT,
*Interested Parties-Appellants*,

DONALD J. TRUMP, WALTINE NAUTA, and CARLOS DE OLIVEIRA
*Defendants-Appellees*.

On Appeal from the United States District Court for the Southern District
of Florida, No. 9:23-cr-80101 (Cannon, J.)

## MOTION FOR LEAVE TO FILE BRIEF OF
## UNITED STATES SENATORS AS *AMICI CURIAE*
## IN SUPPORT OF APPELLANTS

Norman L. Eisen
Stephen A. Jonas*
Joshua G. Kolb*
DEMOCRACY DEFENDERS ACTION
600 Pennsylvania Ave. SE #15180
Washington, D.C. 20003
(202) 594-9958
norman@democracydefenders.org

Matthew J. Platkin*
Angela Cai
Platkin LLP
413 Washington Ave #174
Belleville, NJ 07109
973-561-1952
acai@platkinllp.com

*Counsel for amici curiae*

*Application for admission *pro hac vice* pending.

## CERTIFICATE OF INTERESTED PERSONS
## AND CORPORATE DISCLOSURE STATEMENT

Prospective *amici curiae* certify that they are individuals with no publicly traded parent, subsidiary, or affiliated corporations.

As required by Eleventh Circuit Rules 26.1-1, 27-1, and 29-1, *amici curiae* also certify that in addition to persons already listed in the certificates of interested persons filed by appellants and by prior *amici*, the following individuals associated with the foregoing motion and brief have an interest in the outcome of this matter:

<u>*Amici curiae*</u>

1. Senator Adam Schiff

2. Senator Richard Blumenthal

3. Senator Sheldon Whitehouse

4. Senator Cory Booker

5. Senator Chris Coons

6. Senator Peter Welch

7. Senator Dick Durbin

8. Senator Mazie Hirono

9. Senator Alex Padilla

10. Senator Amy Klobuchar

i

Counsel for *amici curiae*

11. Platkin LLP

12. Matthew J. Platkin

13. Angela Cai

14. Democracy Defenders Action

15. Norman L. Eisen

16. Stephen A. Jonas

17. Joshua G. Kolb

**MOTION FOR LEAVE TO FILE BRIEF OF AMICI CURIAE**

Pursuant to Fed. R. App. P. 29 and Eleventh Circuit Rule 29-1, *amici curiae*, members of the United States Senate, move for leave to file an amici curiae brief, enclosed with this motion. Amici are:

- Senator Adam Schiff

- Senator Richard Blumenthal

- Senator Sheldon Whitehouse

- Senator Cory Booker

- Senator Chris Coons

- Senator Peter Welch

- Senator Dick Durbin

- Senator Mazie Hirono

- Senator Alex Padilla

- Senator Amy Klobuchar

Counsel for *amici* have conferred with counsel for all parties to these appeals. Counsel for Appellants and the United States consent to this motion. Counsel for Mr. De Oliveira do not oppose or object to this motion. Counsel for President Trump and Mr. Nauta oppose this motion.

Representatives of prospective *amici* previously filed an unopposed motion for clarification of the word limits governing the instant brief. *See* CA11 No. 26-

10674 Dkt. 43. That motion remains pending, and *amici* incorporate that pending request for permission to file a standard 6,500-word *amicus* brief into this motion.

**INTERESTS OF PROSPECTIVE AMICI CURIAE
AND RELEVANCE OF PROPOSED BRIEF**

The proposed *amicus* brief is submitted on behalf of ten members of the United States Senate, all of whom serve on the Senate Judiciary Committee. *Amici* are uniquely situated to provide the Court with insights from the Legislative Branch's perspective on the District Court's order prohibiting the release of Volume II of the Report of Special Counsel Jack Smith. The underlying subject matter of these appeals—a report prepared by Special Counsel to the Attorney General regarding alleged mishandling of classified documents by the President of the United States and his aides—is of great import to *amici*'s roles as legislators and to their work on the Committee. Volume II of the Special Counsel Report provides important information for Congress and the Committee's legislative functions and oversight role over the U.S. Department of Justice and the Federal Bureau of Investigation and the Committee's role in determining its advice and consent of nominees.

In the proposed brief, *amici* provide the Court with accurate descriptions of Congress's role in potentially receiving the contents of the Report, an issue that is raised in parties' briefing and the district court's decisions. Moreover, given their significant institutional experience from evaluating the nominations of hundreds of

federal judges, *amici* wish to present this Court with insights on the role of the adversarial process on judicial decisionmaking.

"[P]ermitting friends of the court may be advisable where the third parties can contribute to the court's understanding of the matter in question," *Conservancy of Sw. Fla. v. U.S. Fish & Wildlife Serv.*, No. 2:10-CV-106-FTM-SPC, 2010 WL 3603276, at *1 (M.D. Fla. Sept. 9, 2010) (citing *Harris v. Pernsley*, 820 F.2d 592, 603 (3d Cir.1987)). In their brief, *amici* propose to do exactly that.

## CONCLUSION

For the reasons above, *amici curiae* request leave to file the enclosed brief in support of Appellants.

June 18, 2026                                                          Respectfully submitted,

/s/ Norman L. Eisen                                    /s/ Angela Cai
Norman L. Eisen                                          Matthew J. Platkin*
Stephen A. Jonas*                                        Angela Cai
Joshua G. Kolb*                                            PLATKIN LLP
DEMOCRACY DEFENDERS ACTION           413 Washington Ave #174
600 Pennsylvania Ave. SE #15180              Belleville, NJ 07109
Washington, D.C. 20003                             973-561-1952
(202) 594-9958                                            acai@platkinllp.com
norman@democracydefenders.org

*Counsel for amici curiae*

*\*Application for admission pro hac vice pending.*

3

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A), because, excluding the parts of the document exempted by Federal Rule of Appellate Procedure 32(f), it contains 480 words. This brief also complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 32(a)(5)-(6) because it was prepared using Microsoft Word in 14-point Times New Roman font, a proportionally spaced typeface.

Dated: June 18, 2026

/s/ Angela Cai

**CERTIFICATE OF SERVICE**

I hereby certify that on June 18, 2026, I electronically filed the foregoing motion with the Clerk of the Court for the United States Court of Appeals for the Eleventh Circuit by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

Dated: June 18, 2026

<u>/s/ Angela Cai</u>

.

5