IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

v.

KNIGHT FIRST AMENDMENT
INSTITUTE, et al.,

Interested Parties-Appellants,

DONALD J. TRUMP, et al.,

Defendants-Appellees.

Nos. 25-14507, 26-10674

**MOTION TO WITHDRAW APPEARANCE**

The undersigned counsel, Daniel Martinez, respectfully moves to withdraw

his appearance for Interested Party-Appellant American Oversight, which will

continue to be represented by all other counsel who have entered appearances on

its behalf. Opposing counsel have been consulted and none have objected.

Dated: July 14, 2026

Respectfully submitted,

*/s/ Daniel Martinez*
Daniel Martinez
D.C. Bar No. 90025922
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 897-2465
danny.martinez@americanoversight.org

## CERTIFICATE OF COMPLIANCE

This reply complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A), because, excluding the parts of the document exempted by Federal Rule of Appellate Procedure 32(f), it contains 42 words. This brief also complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 32(a)(5)-(6) because it was prepared using Microsoft Word in 14-point Times New Roman font, a proportionally spaced typeface.

Dated: July 14, 2026                    */s/ Daniel Martinez*
                                        Daniel Martinez