In the

# United States Court of Appeals

## For the Eleventh Circuit

————————————

No. 25-14507

————————————

UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

*versus*

KNIGHT FIRST AMENDMENT INSTITUTE AT
COLUMBIA UNIVERSITY,
AMERICAN OVERSIGHT,

*Interested Parties-Appellants,*

DONALD J. TRUMP,
WALTINE NAUTA,
CARLOS DE OLIVEIRA,

*Defendants-Appellees.*

————————————

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 9:23-cr-80101-AMC

————————————

2            Order of the Court            25-14507

_____

No. 26-10674

_____

KNIGHT FIRST AMENDMENT INSTITUTE AT COLUMBIA
UNIVERSITY,
AMERICAN OVERSIGHT,

*Interested Parties-Appellants,*

*versus*

UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

DONALD J. TRUMP,

*Defendant-Appellee.*

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 9:23-cr-80101-AMC-1

_____

ORDER:

The motion to withdraw as counsel filed by Daniel Martinez
is GRANTED.


/s/ Andrew L. Brasher

UNITED STATES CIRCUIT JUDGE