**United States Court of Appeals**
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia  30303

David J. Smith                                    In Replying Give Number
Clerk                                             Of Case and Names of Parties

July 17, 2026

**NOTICE TO COUNSEL OR PARTIES IN CASES LISTED BELOW:**

The following cases are scheduled for oral argument during the week of **NOVEMBER 2, 2026, IN ATLANTA, GEORGIA.  COURT WILL BE HELD TUESDAY-FRIDAY OF THIS WEEK. COUNSEL WILL RECEIVE A FINAL CALENDAR APPROXIMATELY 6-8 WEEKS IN ADVANCE OF THE SESSION ASSIGNING A SPECIFIC DATE OF ORAL ARGUMENT.  IF THERE ARE ANY PENDING RELATED APPEALS, COUNSEL SHOULD NOTIFY THE CLERK AS SOON AS POSSIBLE.**  *Please note that after an appeal is assigned to a specific day for oral argument, any change in or addition to counsel in the appeal requires leave of court.  See 11th Cir.R.34-4(e).  An amicus curiae may participate in oral argument only with the Court's permission. See FRAP 29(a)(8).*

If counsel has any insoluble scheduling conflicts which would interfere with argument during that week, please telephone this office **AS SOON AS POSSIBLE** at 404-335-6166 or email **Jenifer_Tubbs@ca11.uscourts.gov**

**JENIFER TUBBS**
Court Sessions Supervisor

------------------------------------------------------------------------------------------------------------------------------
***PLEASE TELEPHONE THIS OFFICE IMMEDIATELY WITH ANY SCHEDULING REQUESTS. PLEASE REFER TO CALENDAR #1.***

| | |
|---|---|
| 25-13867 | United States v. Renardo Turner |
| 23-11455 | Terrill Jenkins v. State of Florida |
| 25-10697 | Novo Nordisk Inc. v. Live Well Drugstore, LLC (Consolidated with 25-10783, Novo Nordisk Inc. v. Wells Pharmacy Network, LLC) (REVISED ARGUMENT DATE) |
| 25-14507 & 26-10674 | United States v. Knight First Amendment Institute at Columbia University, et al. (REVISED ARGUMENT DATE) |
| 26-10936 | American Securities Association, et al. v. United States Securities and Exchange Commission (REVISED ARGUMENT DATE) |
| 23-11763 | Andrew Corpus v. Keri Fitzpatrick, et al. |
| 25-11320 | Donna Curling, et al. v. David Worley, et al. (REVISED ARGUMENT DATE) |
| 25-10973 | Carl Charles, et al. v. Attorney General, State of Alabama, et al. (REVISED ARGUMENT DATE) |
| 25-11296 | Joy Laskar v. Phillip Hurd, et al.  (REVISED ARGUMENT DATE) |
| 21-13104 | National Wildlife Federation, Inc., et al. v. U.S. Army Corps of Engineers, et al. (REVISED ARGUMENT DATE) |
| 25-11203 & 25-11303 | United States v. Caojo Detori Steward |
| 25-11990 | Webb Anderson, et al. v. United States |
| 25-13412 | Kenny A., et al. v. Department of Human Resources of the State of Georgia, et al. |
| 25-13660 | Terry Talley v. James G. Baker |
| 24-13106 | United States v. Jose Rivera |
| 24-11001 | Justin Tolston v. City of Atlanta, Georgia, et al. |