**United States Court of Appeals**
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia  30303

David J. Smith                                                     In Replying Give Number
Clerk                                                             Of Case and Names of Parties

August 6, 2026

**NOTICE TO COUNSEL OR PARTIES IN CASES LISTED BELOW:**

The following cases are scheduled for oral argument during the week of **NOVEMBER 16, 2026, IN JACKSONVILLE, FLORIDA.  COURT WILL BE HELD TUESDAY-FRIDAY OF THIS WEEK. COUNSEL WILL RECEIVE A FINAL CALENDAR APPROXIMATELY 6-8 WEEKS IN ADVANCE OF THE SESSION ASSIGNING A SPECIFIC DATE OF ORAL ARGUMENT.  IF THERE ARE ANY PENDING RELATED APPEALS, COUNSEL SHOULD NOTIFY THE CLERK AS SOON AS POSSIBLE.  *Please note that after an appeal is assigned to a specific day for oral argument, any change in or addition to counsel in the appeal requires leave of court.  See 11th Cir.R.34-4(e).   An amicus curiae may participate in oral argument only with the Court's permission. See FRAP 29(a)(8).***

If counsel has any insoluble scheduling conflicts which would interfere with argument during that week, please telephone this office **AS SOON AS POSSIBLE** at 404-335-6166 or email **Jenifer_Tubbs@ca11.uscourts.gov**

**JENIFER TUBBS**
Court Sessions Supervisor

---

*****PLEASE TELEPHONE THIS OFFICE IMMEDIATELY WITH ANY SCHEDULING REQUESTS. PLEASE REFER TO CALENDAR #3.***

| | |
|---|---|
| 23-10624 | United States v. Isaac Enriquez Oyando, et al. (REVISED ARGUMENT DATE) |
| 25-13691 | Jeffrey Johnson, et al. v. Gillis Construction, LLC |
| 25-13565 | Alyssa Russo v. Progressive Select Insurance Company |
| 25-13447 | Janet Morris v. Lincare, Inc. |
| 25-14171 | Preston Damsky v. Chris Summerlin |
| 25-12029 | Herlinda Lopez-Martin v. U.S. Attorney General |
| 25-10184 | Disability Rights Florida, et al. v. Florida Secretary of State (Consolidated with 25-10186, Florida Rising Together, et al. v. Florida Secretary of State, 25-10613, League of Women Voters of Florida, et al. v. Florida Secretary of State and 25-11163, Harriet Tubman Freedom Fighters Corp., et al. v. Florida Secretary of State) |
| 25-10889 | United States v. Kenneth Ridgard |
| 25-14172 | Royal Potcake Rescue, et al. v. Centers for Disease Control and Prevention, et al. |
| 24-11681 | United States v. Javier Vazquez |
| 25-12349 | Sandra Corbin, et al. v. Sheriff, Charlotte County, et al. |
| 25-10826 | United States v. Lewis Scott |
| 25-14117 | Lissa Hostomsky, et al. v. David Burgess, et al. |
| 26-10482 | NetApp Inc. v. Jon Stefansson |
| 25-14507 | United States v. Knight First Amendment Institute at Columbia University, et al. (Consolidated with 26-10674, Knight First Amendment Institute v. United States) |
| 25-10546 | Pablo Arthur-Rodger v. The Northern Trust Company, et al. |