In the

# United States Court of Appeals

## For the Eleventh Circuit

---

No. 25-14507

---

UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

*versus*

KNIGHT FIRST AMENDMENT INSTITUTE AT
COLUMBIA UNIVERSITY,
AMERICAN OVERSIGHT,

*Interested Parties-Appellants,*

DONALD J. TRUMP,
WALTINE NAUTA,
CARLOS DE OLIVEIRA,

*Defendants-Appellees.*

---

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 9:23-cr-80101-AMC

---

No. 26-10674

KNIGHT FIRST AMENDMENT INSTITUTE AT COLUMBIA UNIVERSITY,
AMERICAN OVERSIGHT,

*Interested Parties-Appellants,*

*versus*

UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

DONALD J. TRUMP,

*Defendant-Appellee.*

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 9:23-cr-80101-AMC-1

ORDER:

Appellants' motion to request or set oral argument is GRANTED.

Oral argument will be scheduled for Tuesday, January 12, at 2:00 p.m. in Atlanta, Georgia.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION